CHARLES J. KATZ (State Bar No. 68459)
LAW OFFICES OF CHARLES J. KATZ
475 El Camino Real, Suite 300
Millbrae, California 94030
Telephone: (650) 692-4100
Email: lawofccjkatz@earthlink.net

PATRICIA K. GILLETTE (State Bar No. 74461)
MEGAN BARRY BOROVICKA (State Bar No. 241205)
HELLER EHRMAN LLP
333 Bush Street
San Francisco, CA 94104-2878
Telephone: (415) 772-6000
Facsimile: (415) 772-6268
Email: Patricia.Gillette@hellerehrman.com
Email: Megan.Borovicka@hellerehrman.com

Attorneys for Defendant
BANK OF AMERICA, NATIONAL ASSOCIATION
[formerly named Bank of America National Trust and
Savings Association, and Bank of America NT&SA],
incorrectly identified by Plaintiff as "Bank of America NTSA"

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LETICIA JUAREZ,<br><br>                Plaintiff,<br><br>v.<br><br>BANK OF AMERICA NTSA,<br>and DOES 1 to 20,<br><br>                Defendants. | Case No.: C 06 5834 EMC<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER**<br><br>Date: January 10, 2007<br>Time: 1:30 p.m.<br>Dept.: Courtroom C, 15th Floor<br><br>The Honorable Edward M. Chen |

STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No.: C 06 5834 EMC

Defendant Bank of America, National Association respectfully requests that the Case Management Conference set for January 10, 2007, be continued to February 7, 2007, or such other date as the Court finds convenient, for the following reasons:

1. Lead Counsel for Defendant, Patricia Gillette, has a conflict with the January 10, 2007 Case Management Conference date and the Case Management Statement date of January 3, 2007 due to a pre-planned vacation.

2. Counsel for Plaintiff does not object to the short continuance.

3. This is the first continuance sought by either party.

4. Counsel For Plaintiff and Defendant have consulted their schedules and agreed that February 7, 2007 would be the most convenient date for counsel to attend the Case Management Conference. The parties also agree that the Case Management Statement will be filed no later than January 31, 2007.

Date _____

Respectfully submitted,

LAW OFFICES OF CHARLES J. KATZ

By: _____
CHARLES J. KATZ
Attorney for Plaintiff
LETICIA JUAREZ

Date 12/12/06

HELLER EHRMAN LLP

By: _____
PATRICIA K. GILLETTE
MEGAN BARRY BOROVICKA
Attorneys for Defendant
BANK OF AMERICA,
NATIONAL ASSOCIATION

2
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No.: C 06 5834 EMC

**ORDER**

PURSUANT TO STIPULATION, IT IS HEREBY ORDERED THAT the Request for a Continuance of the Case Management Conference is GRANTED. The Case Management Conference is continued to _____February 7_____, ~~2006~~ 2007, at 1:30 p.m. The parties are ordered to file a Joint Case Management Statement no later than _____January 31, 2007_____. Parties shall also e-file their Consent to appear before Magistrate Judge by January 3, 2007.

DATED: __12/14/06__

The Honorable Edward M. Chen
UNITED STATES DISTRICT COURT
MAGISTRATE JUDGE

*IT IS SO ORDERED AS MODIFIED*
/s/ Judge Edward M. Chen

---

3
STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE AND [PROPOSED] ORDER
Case No.: C 06 5834 EMC