IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LETICIA JUAREZ, | No. C 06-05834 CRB |
| Plaintiff, | **JUDGMENT** |
| v. | |
| BANK OF AMERICA, | |
| Defendant. | |

Having granted Bank of America's motion for summary judgment, the Court hereby enters judgment in favor of Defendant and against Plaintiff.

**IT IS SO ORDERED.**

Dated: June 8, 2007

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2006\5834\judgment.wpd